## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                                      Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                        Chapter 11

      Debtor.

_____/

Cary Glickstein, as Liquidating                             Adversary Proceeding
Trustee of the Bankruptcy Estate,                           No. 21-

      Plaintiff,

vs.

Trump International Golf Club, L.C.,

      Defendant.

_____/

### COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS

Cary Glickstein, solely in his capacity as the liquidating trustee (the "Liquidating Trustee" or "Plaintiff") of 160 Royal Palm, LLC (the "Debtor"), files this complaint (the "Complaint") against Trump International Golf Club, L.C. (the "Defendant") and alleges as follows:

### Jurisdiction and Venue

1.     This adversary proceeding is brought pursuant to section 541 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O) and the Liquidating Trustee consents to the entry of final orders and judgement by this Court.

3.      This Court has subject matter jurisdiction under 28 U.S.C. § 1334(b).

4.      Venue is proper before this Court pursuant to 28 U.S.C. § 1409(a) as the Debtor's primary chapter 11 bankruptcy proceeding is pending in this District.

## The Parties

5.      The Liquidating Trustee is the duly appointed liquidating trustee of the bankruptcy estate of the Debtor and brings this action solely in his capacity as the Liquidating Trustee.

6.      The Defendant is a Florida for profit limited liability company doing business in Palm Beach County, Florida.

7.      The Defendant owns and operates a country club (the "Club"), which includes a golf course, in West Palm Beach, Florida.

## General Allegations

8.      On August 2, 2018 (the "Petition Date"), the Debtor filed a voluntary case under chapter 11 of the Bankruptcy Code.

9.      On February 11, 2020, the Court entered its *Order Confirming Debtor's Third Amended Plan of Liquidation and Establishing Deadline to File Claims for Rejection Damages* (ECF No. 1564) (the "Confirmation Order").

10.     The Plan became effective on February 13, 2020.

11.     Pursuant to the Confirmation Order, Cary Glickstein was appointed as Liquidating Trustee.

12.     Pursuant to the Plan, the assets and powers of the Debtor, including the authority to investigate, prosecute, and resolve litigation claims and fraudulent transfer avoidance and recovery claims vested in the Liquidating Trustee.

13.     On February 13, 2020, the Liquidating Trust Agreement was executed and filed with this Court. *See Notice of Filing Executed Liquidating Trust Agreement* (ECF No. 1592).

14.     Prior to the Petition Date, the Debtor was the owner of real property subject to a hotel construction project located at 160 Royal Palm Way, Palm Beach, Florida 33480, locally known as the Palm House Hotel (the "Hotel Project").

15.     The Palm House Hotel has a tortured history being in a state of redevelopment for many years with no one owner being able to complete the project.

16.     At all times material hereto, Robert V. Matthews ("Matthews") was an insider of the Debtor and the person in control of the Debtor.

17.     Matthews, along with Joseph Walsh ("Walsh"), used the Hotel Project to solicit over $40,000,000.00 in investments (the "EB-5 Funds") from foreign nationals (the "EB-5 Investors") under an EB-5 Immigrant Investor Program (the "EB-5 Program") based on the promise of eased acquisition of green cards and lawful residency in the United States.

18.     At all times prior to the Petition Date, Matthews mislead the EB-5 Investors to believe that the EB-5 Funds were being used to develop the Hotel Project

when in reality the EB-5 Funds were used for the personal benefit of Matthews, his family, and his co-conspirator, Walsh.

19.    Accordingly, Matthews and his cohort, Walsh, used the EB-5 Program as a vehicle to commit massive fraud on the EB-5 Investors.

20.    At all times material hereto, Walsh was an insider of the Debtor due to his conspiracy to defraud the EB-5 Investors.

21.    At all times material hereto, the Debtor maintained a business checking account ending in 7918 at Regions Bank (the "Regions Checking Account").

22.    Upon information and belief, at all times material hereto, Matthews was an individual member of the Club.

23.    The Debtor was never a member of the Club.

24.    Between December 2013 and April 22, 2014, Matthews caused the Debtor to transfer a total of $25,766.46 to the Defendant.

25.    Specifically, Matthews caused the Debtor to make the following transfers totaling **$25,766.46** (the "Transfers") to the Defendant from the Debtor's Regions Checking Account:

   a.  $23,320 on December 4, 2013;

   b.  $333.92 on January 27, 2014;

   c.  $71.94 on February 24, 2014;

   d.  $1,248.14 on March 11, 2014; and

   e.  $792.46 on April 22, 2014.

26.     The funds utilized to make the Transfers were at all times property of the Debtor's estate.

27.     Copies of a ledger and the bank statements reflecting the Transfers to the Defendant are incorporated herein and attached hereto as **Exhibit A**.

28.     At the time of each of the Transfers, the Debtor was insolvent.

29.     The Debtor received nothing from the Defendant in exchange for the Transfers.

30.     The Transfers were made for the personal benefit of Matthews and not the Debtor.

31.     Upon information and belief, Matthews caused the Debtor to make the Transfers in order to pay fees and other expenses owned by Matthews personally to the Defendant on account of Matthews' Club membership, Matthews' Club activities, and Matthews' purchase of goods and services from the Club.

32.     The Debtor was never obligated on any debts owed to the Club or to the Defendant.

33.     At all times material hereto, the Transfers were concealed from the Debtor's creditors, including the EB-5 Investors.

34.     If the Debtor had not made the Transfers, the funds comprising the Transfers would have been retained as property of the Debtor's estate.

35.     Under section 726.105 of the Florida Statutes, many of the "badges of fraud" were present at the time of the Transfers, including the fact that: (i) the Transfers were made for the benefit of Matthews, an insider of the Debtor; (ii) the

Transfers were concealed from the EB-5 Investors and other creditors of the Debtor; (iii) the Transfers were made at a time when the EB-5 Investors were being defrauded; (iv) the Debtor received no economic value or benefit in exchange for the Transfers; and (v) the Debtor was insolvent at the time of the Transfers.

36.    On or about October 20, 2018, the United States Securities and Exchange Commission (the "SEC") filed unsecured claim number 71 in the Debtor's chapter 11 bankruptcy proceeding.

37.    On July 25, 2019, the SEC amended its unsecured claim (Claim No. 71-2) in the Debtor's chapter 11 bankruptcy proceeding, asserting an unsecured claim for $34,416,341.04 (the "SEC Unsecured Claim").

38.    The SEC Unsecured Claim has been allowed in the Debtor's chapter 11 bankruptcy proceeding.

39.    The SEC Unsecured Claim is based on a disgorgement lawsuit filed on August 2, 2018 by the SEC in the United States District Court for the Southern District of Florida styled *Securities and Exchange Commission v. Palm House Hotel LLLP, South Atlantic Regional Center, LLC, Joseph J. Walsh, Sr., and Robert V. Matthews (Defendants); 160 Royal Palm LLC, and United States Regional Economic Development Authority LLC D/B/A EB5 Petition (Relief Defendants)*, Case No. 9:18-cv-81038 (the "District Court Case").

40.    Upon the Debtor's receipt of the EB-5 Funds, the SEC became an unsecured creditor of the Debtor.

41.     The SEC became an allowed, unsecured creditor of the Debtor as early as August 30, 2013, when the Debtor received certain EB-5 funds. *See In re 160 Royal Palm, LLC*, Case No. 18-19441-EPK, 2019 WL 989829, at *8 (Bankr. S.D. Fla. Feb. 26, 2019).

42.     By virtue of the SEC being an unsecured creditor of the Debtor, this adversary proceeding is timely brought under the Bankruptcy Code. *See In re 160 Royal Palm, LLC*, Case No. 18-19441-EPK, 2019 WL 989829, at *8-9 (Bankr. S.D. Fla. Feb. 26, 2019).

43.     At the time of the Transfers, the Debtor had numerous allowable unsecured creditors, including the SEC.

44.     All conditions precedent necessary to bring this action have occurred, have been satisfied, or have been waived.

**Count I – Claim Against the Defendant to Avoid Fraudulent Transfers
Under the Florida Uniform Fraudulent Transfer Act
(11 U.S.C. § 544(b), Florida Statutes § 726.105(1)(a), 28 U.S.C. §§ 2415(a) &
2416)**

45.     The Liquidating Trustee realleges and incorporates 1 through 44 of this Complaint as if fully set forth herein.

46.     This is an action to avoid fraudulent transfers pursuant to 11 U.S.C. § 544(b), Fla. Stat. § 726.105(1)(a), 28 U.S.C. § 2415(a), and 28 U.S.C. § 2416.

47.     Within the six (6) years preceding the Petition Date, the Debtor, acting at the direction of its principal Matthews, transferred at least $25,766.46 of the Debtor's funds to or for the benefit of the Defendant.

48.     The Defendant was the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the Transfers were made.

49.     The Transfers were made with the actual intent to hinder, delay, or defraud the Debtor's creditors, including the SEC.

50.     Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Liquidating Trustee is empowered to avoid the Transfers stated herein.

**WHEREFORE**, the Liquidating Trustee demands entry of judgment in its favor avoiding the Transfers to the Defendant as set forth in this Complaint.

### Count II – Claim Against the Defendant to Avoid Fraudulent Transfers Under the Florida Uniform Fraudulent Transfer Act
### (11 U.S.C. § 544(b), Florida Statutes § 726.105(1)(b), 28 U.S.C. §§ 2415(a) & 2416)

51.     The Liquidating Trustee realleges and incorporates Paragraphs 1 through 44 of this Complaint as if fully set forth herein.

52.     Within the six (6) years preceding the Petition Date, the Debtor, acting at the direction of its principal Matthews, transferred at least $25,766.46 of the Debtor's funds to or for the benefit of the Defendant.

53.     The Defendant was the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the Transfers were made.

54.     The Debtor received less than reasonably equivalent and/or no value in exchange for the Transfers.

55.     At the time of the Transfers, the Debtor (i) was engaged or was about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation to the business or transaction; or (ii) intended to incur, or believed or reasonably believed that it would incur, debts beyond its ability to pay as they became due.

56.     Pursuant to 11 U.S.C. § 544(b) and Fla. Stat. § 726.108(1)(a), the Liquidating Trustee is empowered to avoid the Transfers stated herein.

**WHEREFORE**, the Liquidating Trustee demands entry of judgment in its favor avoiding the Transfers to the Defendant as set forth in this Complaint.

### Count III – Claim Against the Defendant to Avoid Fraudulent Transfers Under the Florida Uniform Transfer Act (11 U.S.C. § 544(b), FLORIDA STATUTES §726.106(1), 28 U.S.C. §§ 2415(a) & 2416)

57.     The Liquidating Trustee realleges and incorporates Paragraphs 1 through 44 of this Complaint as if fully set forth herein.

58.     Within the six (6) years preceding the Petition Date, the Debtor, acting at the direction of its principal Matthews, transferred at least $25,766.46 of the Debtor's funds to or for the benefit of the Defendant.

59.     The Defendant was the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the Transfers were made.

60.     The Debtor received less than reasonably equivalent and/or no value in exchange for the Transfers.

61.     At the time of the Transfers, the Debtor was insolvent or became insolvent as a result thereof.

62.     Pursuant to 11 U.S.C. § 544(b) and Fla. Stat. § 726.108(1)(a), the Liquidating Trustee is empowered to avoid the Transfers stated herein.

**WHEREFORE**, the Liquidating demands entry of judgment in its favor avoiding the Transfers to the Defendant.

## Count IV – Claim Against the Defendant to Recover Avoided Transfers (11 U.S.C. § 550(a)

63.     The Liquidating Trustee realleges and incorporates Paragraphs 1 through 44 of this Complaint as if fully set forth herein.

64.     This is an action to recover fraudulent transfers pursuant to 11 U.S.C. § 550(a).

65.     The Defendant was the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the Transfers were made.

66.     To the extent that this Court avoids the Transfers pursuant to Counts I, II, or III, the Liquidating Trustee demands entry of a judgment against the Defendant in the amount of $25,766.46 plus interest.

**WHEREFORE**, the Liquidating Trustee demands entry of judgment in its favor against the Defendant in the amount of $25,766.46, plus interest.

Dated: June 22, 2021.


Respectfully Submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for the Liquidating Trustee
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: plandau@slp.law
Email: ependergraft@slp.law

By:  /s/ *Philip J. Landau*
        Philip J. Landau, Esq.
        Florida Bar No. 504017
        Eric Pendergraft
        Fla. Bar No. 91927

## Exhibit A

**Statements**

| Institution | Account Holder | Account No. | Date | Type | Check No. | Payor / (Payee) | Amount | Memo / Transaction Info |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In re: 160 Royal Palm, LLC | | |
| | | | | | | Case No.: 18-19441-EPK | | |
| | | | | | | | | |
| | | | | | | Schedule of Payments to Trump International Golf Club | | |
| | | | | | | | | |
| | | | | | | *(Sorted Chronologically)* | | |
| | | | | | | | | |
| Regions Bank | 160 Royal Palm LLC | x7918 | 12/04/13 | Check | 1001 | Trump International Golf Club | $ (23,320.00) | Mathews Acct 04230 |
| Regions Bank | 160 Royal Palm LLC | x7918 | 01/27/14 | Check | 1019 | Trump International Golf Club | (333.92) | |
| Regions Bank | 160 Royal Palm LLC | x7918 | 02/24/14 | Debit | N/A | Trump International Golf Club | (71.94) | card purchase, West Palm Beach 33401 |
| Regions Bank | 160 Royal Palm LLC | x7918 | 03/11/14 | Debit | N/A | Trump International Golf Club | (1,248.14) | card purchase, New York, NY 10023 |
| Regions Bank | 160 Royal Palm LLC | x7918 | 04/22/14 | Check | 1043 | Trump International Golf Club | (792.46) | MMBR:04230 - 03/23/14 EB5 |
| | | | | | | **TOTAL** | $ **(25,766.46)** | |
| | | | | | | | | |
| | | | | | | | | |
| ***Source(s):*** | | | | | | | | |
| Bank statements and cancelled checks for Regions Bank account ending x7918, held in the name of 160 Royal Palm LLC - for the period of November 15, 2013 through December 31, 2014. | | | | | | | | |



**REGIONS**

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

| | |
|---|---|
| ACCOUNT # | 0145667918 |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1  of 3 |

## LIFEGREEN BUSINESS CHECKING
November 30, 2013 through December 31, 2013

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$307,403.73** | | Minimum Balance | $20,866 |
| Deposits & Credits | $36,778.70 | + | Average Balance | $185,372 |
| Withdrawals | $236,095.86 | – | | |
| Fees | $20.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $53,625.91 | – | | |
| **Ending Balance** | **$54,440.66** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/27 | EB From Checking # 0186136046 Ref# 000000 9848989 | 30,000.00 |
| 12/27 | Card Credit Chanel #3      5621 Palm Beach   FL 33480    2251 | 736.70 |
| 12/30 | Deposit - Thank You | 954.00 |
| 12/31 | Card Credit Brioni Palm Bea  5691 Palm Beach   FL 33480    2251 | 5,088.00 |
| | Total Deposits & Credits | $36,778.70 |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/03 | Card Purchase U-Haul Web Team  7513 866-277-6855  AZ 85004    2251 | 115.75 |
| 12/05 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 71.83 |
| 12/11 | Wire Transfer Hba Internatio | 12,176.30 |
| 12/11 | Wire Transfer Intl Wire Fee | 45.00 |
| 12/13 | Bank Debit | 50,000.00 |
| 12/13 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 28.61 |
| 12/16 | Card Purchase AT&T 4764      4812 West Palm Bea FL 33409    2251 | 423.98 |
| 12/16 | Card Purchase Msft  *online  4816 Bill.MS.Net  WA 98052    2251 | 150.00 |
| 12/16 | Card Purchase Tenant Evaluati  7399 305-6927900  FL 33025    2251 | 100.00 |
| 12/16 | Card Purchase Chevron 0004819  5541 West Palm Bea FL 33409    2251 | 78.79 |
| 12/18 | Card Purchase 1-800-Flowers.C  5992 800-468-1141  Ny 11514    2251 | 114.43 |
| 12/23 | Bank Debit | 150,000.00 |
| 12/23 | Pin Purchase Publix Super M  5411 Palm Beach  FL          2251 | 321.12 |
| 12/23 | Att        Payment Jennifer Yu  164435003Myw9T | 228.68 |
| 12/23 | Card Purchase The Breakers Fo  5812 Palm Beach   FL 33480    2251 | 218.81 |
| 12/23 | Card Purchase Target      0 5411 West Palm Bea FL 33401    2251 | 216.00 |
| 12/23 | Pin Purchase Publix Super M  5411 Palm Beach  FL          2251 | 184.00 |
| 12/24 | Wire Transfer Hospitality IN | 12,500.00 |
| 12/24 | Card Purchase HI *winecntrygi  5999 800-374-8045  CA 92835    2251 | 551.46 |
| 12/24 | Bank Debit | 500.00 |
| 12/26 | Card Purchase Brioni Palm Bea  5691 561-6500030  FL 33480    2251 | 6,042.00 |
| 12/26 | Card Purchase Chanel #3      5621 Palm Beach  FL 33480    2251 | 736.70 |
| 12/26 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    2251 | 63.68 |
| 12/26 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004    2251 | 3.95 |

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

```
160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254
```

ACCOUNT #          0145667918

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 12/26 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004  2251 | 3.95 |
| 12/26 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004  2251 | 3.95 |
| 12/26 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004  2251 | 3.95 |
| 12/26 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004  2251 | 3.95 |
| 12/26 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004  2251 | 3.95 |
| 12/30 | Card Purchase AT&T 4764       4812 West Palm Bea FL 33409  2251 | 635.99 |
| 12/30 | Card Purchase Michael Kors Re  5621 Palm Beach   FL 33480  2251 | 529.08 |
| 12/30 | Recurring Card Transaction Abc*west Palm A  7997 800-6226290   FL 33409  2251 | 39.95 |

Total Withdrawals          $236,095.86

## FEES

| Date | Description | Amount |
|---|---|---|
| 12/24 | Wire Transfer | 20.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 12/19 | | 4,365.81 | 12/17 | 1011 * | 14.97 |
| 12/23 | | 1,000.00 | 12/13 | 1012 | 2,000.00 |
| 12/04 | 1001 * | 23,320.00 | 12/31 | 1014 * | 2,000.00 |
| 12/04 | 1002 | 13,425.13 | 12/26 | 1016 * | 500.00 |
| 12/05 | 1004 * | 7,000.00 | | | |

Total Checks          $53,625.91

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03 | 307,287.98 | 12/16 | 198,468.34 | 12/24 | 28,233.06 |
| 12/04 | 270,542.85 | 12/17 | 198,453.37 | 12/26 | 20,866.98 |
| 12/05 | 263,471.02 | 12/18 | 198,338.94 | 12/27 | 51,603.68 |
| 12/11 | 251,249.72 | 12/19 | 193,973.13 | 12/30 | 51,352.66 |
| 12/13 | 199,221.11 | 12/23 | 41,804.52 | 12/31 | 54,440.66 |

Posting Date: 2013-12-04, Debit/Credt: D, Amt: 23,320.00, Posting Acct: 145667918 - side 1



Posting Date: 2013-12-04, Debit/Credt: D, Amt: 23,320.00, Posting Acct: 145667918 - side 2



**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

ACCOUNT #    0145667918

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
January 1, 2014 through January 31, 2014

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Beginning Balance** | **$54,440.66** | | Minimum Balance | $24,308 |
| Deposits & Credits | $485,000.00 | + | Average Balance | $81,376 |
| Withdrawals | $385,230.16 | − | | |
| Fees | $60.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $33,847.50 | − | | |
| **Ending Balance** | **$120,303.00** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/06 | Wire Transfer Leslie Robert | 85,000.00 |
| 01/10 | Wire Transfer Leslie Robert | 100,000.00 |
| 01/17 | Wire Transfer Leslie Robert | 100,000.00 |
| 01/28 | Wire Transfer Leslie Robert | 200,000.00 |
| | Total Deposits & Credits | $485,000.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/02 | Bank Debit | 30,000.00 |
| 01/02 | Card Purchase Sunoco 04675781  5542 Jupiter      FL 33469   2251 | 72.86 |
| 01/02 | Pin Purchase The Home Depot  5200 W Palm Bch  FL          2251 | 34.92 |
| 01/03 | Card Purchase Improv Traffic  8299 800-6608908  CA 91406   2251 | 24.70 |
| 01/06 | Card Purchase Sunpass Operati  9399 561-2189574  FL 33434   2251 | 200.00 |
| 01/06 | Card Purchase Okeechobee Petr  5542 West Palm Bea FL 33409   2251 | 66.23 |
| 01/06 | Card Purchase Staples Direct  5111 800-3333330  AS 95503   2251 | 57.22 |
| 01/07 | Bank Debit | 50,000.00 |
| 01/08 | Card Purchase Shell Oil 57543  5542 Ocoee          FL 34761   2251 | 51.49 |
| 01/09 | Card Purchase Sunpass Operati  9399 561-2189574  FL 33434   2251 | 200.00 |
| 01/09 | Card Purchase Staples Direct  5111 800-3333330  AS 95503   2251 | 62.52 |
| 01/10 | Bank Debit | 75,000.00 |
| 01/13 | Card Purchase Southwes    526  3066 800-435-9792  TX 75235   2251 | 993.00 |
| 01/13 | Card Purchase Kravis Center B  7922 561-832-7469  FL 33401   2251 | 725.00 |
| 01/13 | Card Purchase Target        0  5411 West Palm Bea FL 33401   2251 | 282.37 |
| 01/13 | Card Purchase Anthropologie #  5651 W Palm Beach  FL 33401   2251 | 194.99 |
| 01/13 | Card Purchase Urban-Outfitter  5651 972-550-2751  PA 19112   2251 | 157.40 |
| 01/13 | Card Purchase Macy S East #76  5311 West Palm Bea FL 33401   2251 | 83.25 |
| 01/13 | Card Purchase Malverne BP      5542 West Palm Bea FL 33405   2251 | 72.82 |
| 01/13 | Card Purchase Kravis Center B  7922 561-832-7469  FL 33401   2251 | 70.00 |
| 01/13 | Card Purchase Publix #848      5411 West Palm Bea FL 33401   2251 | 59.52 |
| 01/13 | Card Purchase Adobe Systems,  5734 800-833-6687  WA 98104   2251 | 19.99 |
| 01/13 | Card Purchase Marathon Petro0  5542 West Palm Bea FL 33405   2251 | 1.55 |
| 01/14 | Card Purchase Echo Limousine  4121 773-774-1074  IL 60634   2251 | 120.00 |

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

ACCOUNT #          0145667918

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2  of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 01/14 | Card Purchase Ft Laud Hollywo  9399 Fort Lauderda FL 33312   2251 | 15.00 |
| 01/16 | Card Purchase Bestbuy.Com   0 5732 888-2378289  MN 55423   2251 | 190.79 |
| 01/16 | Universal P&c   Insurance 160 Royal Palm | 154.83 |
| 01/16 | Card Purchase Staples Direct  5111 800-3333330  CA 95503   2251 | 110.32 |
| 01/16 | Card Purchase Image Beauty    5977 856-335-0415  NJ 08009   2251 | 61.27 |
| 01/17 | Bank Debit | 75,000.00 |
| 01/17 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    2251 | 78.23 |
| 01/17 | Card Purchase Walgreens.Com #  5912 877-250-5823  IL 62864   2251 | 17.45 |
| 01/21 | Card Purchase The UPS Store 0  7399 San Francisco CA 94105   2251 | 188.00 |
| 01/21 | Card Purchase Walgreens.Com #  5912 877-250-5823  IL 62864   2251 | 63.59 |
| 01/21 | Pin Purchase Amazon.Com     5942 Seattle     WA       2251 | 16.16 |
| 01/22 | Card Purchase Sunoco 02871036  5541 Palm Beach   FL 38480   2251 | 98.06 |
| 01/22 | Card Purchase Staples Direct  5111 800-3333330  CA 95503   2251 | 33.52 |
| 01/23 | Card Purchase Landmark     8249 415-981-8850  CA 94111   2251 | 545.00 |
| 01/27 | Card Purchase Okeechobee Petr  5542 West Palm Bea FL 33409 | 68.16 |
| 01/28 | Recurring Card Transaction Abc*west Palm A  7997 800-6226290   FL 33409   2251 | 39.95 |
| 01/30 | Bank Debit | 150,000.00 |
| | Total Withdrawals | $385,230.16 |

## FEES

| | | |
|---|---|---:|
| 01/06 | Wire Transfer | 15.00 |
| 01/10 | Wire Transfer | 15.00 |
| 01/17 | Wire Transfer | 15.00 |
| 01/28 | Wire Transfer | 15.00 |
| | Total Fees | $60.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 01/23 | | 500.00 | 01/27 | 1018 | 715.05 |
| 01/15 | 1007 * | 28,579.00 | 01/27 | 1019 | 333.92 |
| 01/15 | 1008 | 1,714.11 | 01/09 | 1022 * | 467.22 |
| 01/08 | 1010 * | 160.20 | 01/24 | 1027 * | 60.50 |
| 01/09 | 1015 * | 525.00 | 01/27 | 1028 | 500.00 |
| 01/23 | 1017 * | 292.50 | | | |
| | | | | Total Checks | $33,847.50 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 24,332.88 | 01/03 | 24,308.18 | 01/06 | 108,969.73 |

Posting Date: 2014-01-27, Debit/Credt: D, Amt: 333.92, Posting Acct: 145667918 - side 1



Posting Date: 2014-01-27, Debit/Credt: D, Amt: 333.92, Posting Acct: 145667918 - side 2





**REGIONS**

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

ACCOUNT #          0145667918

|  |  |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1  of 3 |

## LIFEGREEN BUSINESS CHECKING
February 1, 2014 through February 28, 2014

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$120,303.00** | | Minimum Balance | $89,565 |
| Deposits & Credits | $1,300,000.00 | + | Average Balance | $173,342 |
| Withdrawals | $1,089,202.29 | – | | |
| Fees | $246.57 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $16,995.75 | – | | |
| **Ending Balance** | **$313,858.39** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/10 | Wire Transfer Leslie Robert | 300,000.00 |
| 02/20 | Wire Transfer Palm House Hot | 500,000.00 |
| 02/26 | Wire Transfer Palm House Hot | 500,000.00 |
| | Total Deposits & Credits | $1,300,000.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 02/03 | Card Purchase Staples Direct  5111 800-3333330   CA 95503    2251 | 23.99 |
| 02/03 | Card Purchase Staples Direct  5111 800-3333330   CA 95503    2251 | 21.71 |
| 02/03 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004    2251 | 3.95 |
| 02/03 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004    2251 | 3.95 |
| 02/04 | Card Purchase Vaa Mia         4789 Miami       FL 33125    1442 | 2,071.00 |
| 02/04 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 75.98 |
| 02/05 | Wire Transfer Matthews Comme | 8,592.40 |
| 02/05 | Card Purchase Chilis Too      5812 Miami       FL 33122   1442 | 70.94 |
| 02/05 | Card Purchase Caffe Concerto  5812 London  SW3          1442 | 43.67 |
| 02/05 | Card Purchase The London Edit  7011 London          1442 | 24.82 |
| 02/10 | Bank Debit | 300,000.00 |
| 02/10 | Card Purchase 34          5812 London  W1K          1442 | 354.94 |
| 02/10 | Card Purchase Harrods LTD     5311 London          1442 | 52.38 |
| 02/10 | Card Purchase Wdfe       5309 Heathrow          1442 | 39.41 |
| 02/11 | Card Purchase Mandarin Orient  3577 London          1442 | 4,842.49 |
| 02/11 | Card Purchase Flagler Medical  8011 West Palm Bch FL 33401    1442 | 2,000.00 |
| 02/11 | Att       Payment 160 Royal Palm 792311011Epayy | 1,117.75 |
| 02/11 | Card Purchase Mandarin Orient  3577 London          1442 | 28.44 |
| 02/12 | Card Purchase Amazon Mktplace  5942 Amzn.Com/Bill WA 98108    2251 | 94.94 |
| 02/12 | Card Purchase Macy S East #76  5311 Palm Beach GA FL 33410    2251 | 37.76 |
| 02/12 | Card Purchase Adobe Systems,   5734 800-833-6687  WA 98104    2251 | 19.99 |
| 02/14 | Card Purchase Ubreakifix      7379 Wellington    FL 33414   1442 | 95.40 |
| 02/18 | Card Purchase Musashi Thai &   5812 Ft Lauderdale FL 33308    1442 | 120.40 |
| 02/18 | Card Purchase Marathon Petro0  5542 West Palm Bea FL 33401    1442 | 69.00 |
| 02/18 | Card Purchase Hess 09227      5542 West Palm Bea FL 33409    1442 | 67.37 |

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

```
160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254
```

ACCOUNT #    0145667918

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2  of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|------|-------------|--------|
| 02/19 | Card Purchase Sunpass Operati  9399 561-2189574   FL 33434    2251 | 46.83 |
| 02/19 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004   2251 | 3.95 |
| 02/19 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004   2251 | 3.95 |
| 02/19 | Card Purchase Ino*intelius.CO  4816 877-974-6141  WA 98004   2251 | 3.95 |
| 02/19 | Card Purchase Sunpass Operati  9399 561-2189574   FL 33434    2251 | 3.28 |
| 02/21 | Bank Debit | 440,000.00 |
| 02/24 | Card Purchase Grill 561.835.1  5812 Palm Beach   FL 33480   1442 | 530.34 |
| 02/24 | Card Purchase Trump BP     5542 West Palm Bea FL 33401   1442 | 71.94 |
| 02/26 | Card Purchase Staples Direct   5111 800-3333330   CA 95503   2251 | 46.42 |
| 02/28 | Wire Transfer Kevin Wright | 28,579.00 |
| 02/28 | Bank Debit | 300,000.00 |
| 02/28 | Recurring Card Transaction Abc*west Palm A  7997 800-6226290   FL 33409   2251 | 39.95 |

Total Withdrawals    $1,089,202.29

## FEES

| Date | Description | Amount |
|------|-------------|--------|
| 02/05 | Wire Transfer | 20.00 |
| 02/05 | International Service Assessment Caffe Concerto | 1.31 |
| 02/05 | International Service Assessment The London Edit | 0.74 |
| 02/10 | Wire Transfer | 15.00 |
| 02/10 | International Service Assessment 34 | 10.65 |
| 02/10 | International Service Assessment Harrods LTD | 1.57 |
| 02/10 | International Service Assessment Wdfe | 1.18 |
| 02/11 | International Service Assessment Mandarin Orient | 145.27 |
| 02/11 | International Service Assessment Mandarin Orient | 0.85 |
| 02/20 | Wire Transfer | 15.00 |
| 02/26 | Wire Transfer | 15.00 |
| 02/28 | Wire Transfer | 20.00 |

Total Fees    $246.57

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 02/03 |  | 2,000.00 | 02/10 | 1047 | 1,000.00 |
| 02/21 |  | 500.00 | 02/25 | 1048 | 500.00 |
| 02/03 | 1009  * | 148.75 | 02/18 | 1049 | 2,750.00 |
| 02/04 | 1023  * | 2,122.87 | 02/25 | 1052  * | 891.67 |
| 02/28 | 1024 | 250.00 | 02/26 | 1053 | 1,714.11 |
| 02/06 | 1025 | 158.00 | 02/25 | 1054 | 297.00 |
| 02/06 | 1026 | 1.69 | 02/26 | 1055 | 179.63 |
| 02/07 | 1045  * | 2,050.00 | 02/28 | 1056 | 2,020.57 |
| 02/05 | 1046 | 375.00 | 02/24 | 1058  * | 36.46 |

Total Checks    $16,995.75

* Break In Check Number Sequence.



**REGIONS**

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

| | |
|---|---|
| ACCOUNT # | 0145667918 |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1  of 3 |

## LIFEGREEN BUSINESS CHECKING
March 1, 2014 through March 31, 2014

### SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Beginning Balance** | **$313,858.39** | | Minimum Balance | $1,864 |
| Deposits & Credits | $1,310,000.00 | + | Average Balance | $217,851 |
| Withdrawals | $1,255,005.35 | – | | |
| Fees | $125.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $163,310.33 | – | | |
| **Ending Balance** | **$205,417.71** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/13 | Deposit - Thank You | 10,000.00 |
| 03/14 | Wire Transfer Leslie Robert | 350,000.00 |
| 03/17 | Wire Transfer Leslie Robert | 100,000.00 |
| 03/19 | Wire Transfer Leslie Robert | 250,000.00 |
| 03/24 | Wire Transfer Palm House Hot | 500,000.00 |
| 03/27 | Deposit - Thank You | 100,000.00 |
| | Total Deposits & Credits | $1,310,000.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/03 | Bank Debit | 100,000.00 |
| 03/03 | Card Purchase Sunoco 09204058  5542 West Palm Bea FL 33405    1442 | 75.01 |
| 03/03 | Card Purchase Www.1and1.Com    4816 877-4612631  PA 19087    2251 | 51.78 |
| 03/04 | Card Purchase Nickees Automot 7531 West Palm Bea FL 33405    1442 | 566.11 |
| 03/05 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 36.12 |
| 03/06 | Card Purchase Jetblue    279 3174 Salt Lake Cty UT 11375    1442 | 596.00 |
| 03/06 | Card Purchase Plm*bch    Pub 7311 855-333-2676  GA 30346    2251 | 300.00 |
| 03/06 | Card Purchase Delta Air   006  3058 Atlanta      GA 30354    1442 | 258.00 |
| 03/06 | Card Purchase Plm*bch    Pub 7311 855-333-2676  GA 30346    2251 | 100.00 |
| 03/06 | Card Purchase Nyc Taxi 1K52    4121 Long Island C Ny 11101    1442 | 67.50 |
| 03/06 | Card Purchase Delta Air   006  3058 Atlanta      GA 30354    1442 | 25.00 |
| 03/06 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 12.99 |
| 03/07 | Bank Debit | 1,800.00 |
| 03/07 | Card Purchase Nyc Taxi 2H58    4121 Long Island C Ny 11101    1442 | 40.83 |
| 03/07 | Card Purchase Pbia Airport PA 9399 West Palm Bea FL 33406    1442 | 34.00 |
| 03/07 | Card Purchase Nyc Taxi 8E89    4121 Brooklyn      Ny 11230    1442 | 13.00 |
| 03/10 | Card Purchase Atc*cross.Com    5943 800-282-7677  RI 02865    2251 | 2,029.85 |
| 03/10 | Card Purchase Telecharge Svce  7922 800-543-4835  Ny 10036    1442 | 420.75 |
| 03/10 | Card Purchase Jetblue    279 3174 Salt Lake Cty UT 11375    1442 | 338.00 |
| 03/10 | Att      Payment Jennifer Yu | 239.97 |
| 03/10 | Card Purchase Vsc*visual Supp  5734 925-413-8250  CA 94608    1442 | 89.25 |
| 03/11 | Att         Payment 160 Royal Palm 499543012Epaya | 1,274.78 |

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

ACCOUNT #       0145667918

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2  of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/11 | Card Purchase Trump Internati  7011 New York     Ny 10023    1442 | 1,248.14 |
| 03/12 | Bank Debit | 10,000.00 |
| 03/12 | Card Purchase Okeechobee Petr  5542 West Palm Bea FL 33409    1442 | 80.22 |
| 03/12 | Card Purchase Adobe Systems,   5734 800-833-6687  WA 98104    2251 | 19.99 |
| 03/13 | Bank Debit | 100,000.00 |
| 03/13 | ATM Withdrawal Comerica Bank   Boca Raton Boca Raton   FL F6278041  4911 | 503.00 |
| 03/13 | Card Purchase Plm*bch    Pub 7311 855-333-2676  GA 30346    2251 | 400.00 |
| 03/13 | Card Purchase Plm*bch    Pub 7311 855-333-2676  GA 30346    2251 | 100.00 |
| 03/14 | Bank Debit | 350,000.00 |
| 03/14 | Card Purchase Grill 561.835.1  5812 Palm Beach    FL 33480    1442 | 373.64 |
| 03/17 | Wire Transfer Kevin Wright | 28,579.00 |
| 03/17 | Bank Debit | 60,000.00 |
| 03/17 | Card Purchase Popeye S #3315   5814 N. Hollywood  CA 91607    4911 | 15.32 |
| 03/17 | Card Purchase Jetblue Inflgh  5814 8005382583    UT 84121    4911 | 6.00 |
| 03/17 | Card Purchase LA City Parking  7523 Los Angeles  CA 90012    4911 | 1.00 |
| 03/18 | Wire Transfer Joseph Walsh | 65,000.00 |
| 03/18 | Card Purchase Avis Rent-A-Car  3389 Los Angeles  CA 90045    4911 | 381.10 |
| 03/19 | Card Purchase Racetrac469   0  5542 Pompano Beach FL 33060    1442 | 70.16 |
| 03/19 | Card Purchase Marathon Petro0  5542 West Palm Bea FL 33401    1442 | 51.50 |
| 03/19 | Card Purchase Marathon Petro0  5541 West Palm Bea FL 33401    1442 | 30.00 |
| 03/20 | Bank Debit | 100,000.00 |
| 03/20 | Card Purchase Staples Direct   5111 800-3333330  CA 95503    2251 | 179.53 |
| 03/20 | Card Purchase Good Karmal      5947 877-452-7625  MT 59715    4911 | 174.95 |
| 03/20 | Card Purchase Good Karmal      5947 877-452-7625  MT 59715    4911 | 174.95 |
| 03/20 | Card Purchase Good Karmal      5947 877-452-7625  MT 59715    4911 | 130.95 |
| 03/20 | Card Purchase Good Karmal      5947 877-452-7625  MT 59715    4911 | 130.95 |
| 03/20 | Card Purchase Good Karmal      5947 877-452-7625  MT 59715    4911 | 95.95 |
| 03/21 | Wire Transfer Eduardo Mirand | 3,500.00 |
| 03/21 | Recurring Card Transaction Sxm*siriusxm.CO  4899 888-635-5144  Ny 10012    1442 | 229.35 |
| 03/25 | Bank Debit | 100,000.00 |
| 03/25 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 73.20 |
| 03/26 | Bank Debit | 100,000.00 |
| 03/28 | Bank Debit | 225,000.00 |
| 03/28 | Recurring Card Transaction Abc*west Palm A  7997 800-6226290    FL 33409    2251 | 39.95 |
| 03/31 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 47.56 |

Total Withdrawals    $1,255,005.35

## FEES

| Date | Description | Amount |
|---|---|---|
| 03/13 | Other Bank ATM Balance Inquiry Fee | 2.50 |
| 03/13 | Other Bank ATM Withdrawal Fee | 2.50 |
| 03/14 | Wire Transfer | 15.00 |
| 03/17 | Wire Transfer | 20.00 |
| 03/17 | Wire Transfer | 15.00 |
| 03/18 | Wire Transfer | 20.00 |
| 03/19 | Wire Transfer | 15.00 |
| 03/21 | Wire Transfer | 20.00 |



**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

| | |
|---|---|
| ACCOUNT # | 0145667918 |

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1  of 3 |

## LIFEGREEN BUSINESS CHECKING
April 1, 2014 through April 30, 2014

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$205,417.71** | | Minimum Balance | $89,531 |
| Deposits & Credits | $4,550,000.00 | + | Average Balance | $569,830 |
| Withdrawals | $4,182,566.08 | − | | |
| Fees | $100.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $35,205.69 | − | | |
| **Ending Balance** | **$537,545.94** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/09 | Wire Transfer Leslie Robert | 500,000.00 |
| 04/16 | Wire Transfer Palm House Hot | 1,000,000.00 |
| 04/29 | Wire Transfer Leslie Robert | 1,250,000.00 |
| 04/29 | Wire Transfer Palm House Hot | 1,000,000.00 |
| 04/29 | EB From Checking # 0186136046 Ref# 000000 3247727 | 800,000.00 |
| | Total Deposits & Credits | $4,550,000.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/03 | Card Purchase Estetica Instit  8011 Palm Beach GA FL 33410    1442 | 350.00 |
| 04/03 | Card Purchase Sunbiz.Org / FL  9399 850-245-6939  FL 32399    2251 | 138.75 |
| 04/03 | Card Purchase Vistapr*vistapr  2741 866-6148002  CA 02421    2251 | 79.99 |
| 04/03 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 55.31 |
| 04/04 | Bank Debit | 100,000.00 |
| 04/04 | Card Purchase Sunoco 09204058  5542 West Palm Bea FL 33405    4911 | 67.27 |
| 04/04 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 4.86 |
| 04/07 | Card Purchase Aloft Miami Dor  3619 Doral      FL 33172    4911 | 202.27 |
| 04/07 | Card Purchase Prip Mart 899    5542 Boca Raton   FL 33487    4911 | 92.77 |
| 04/07 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 85.13 |
| 04/08 | Wire Transfer Rogin Nassau L | 7,500.00 |
| 04/09 | Card Purchase Daddy O Hotel M  7011 Bay Harbor Is FL 33154    4911 | 115.78 |
| 04/09 | Att        Payment Jennifer Yu | 115.49 |
| 04/09 | Card Purchase Publix #1395    5411 Palm Beach    FL 33480    1442 | 27.54 |
| 04/10 | Att        Payment 160 Royal Palm 687880012Epaye | 366.98 |
| 04/10 | Card Purchase Hess 09226      5542 Miami        FL 33178    4911 | 83.70 |
| 04/11 | Wire Transfer Joseph Walsh | 28,960.00 |
| 04/11 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    4911 | 73.66 |
| 04/14 | Bank Debit | 300,000.00 |
| 04/14 | Card Purchase Hotels.Com      4722 800-246-8357  WA 98004    4911 | 192.65 |
| 04/14 | Card Purchase Walmart.Com 800  5310 800-966-6546  AR 72716    2251 | 101.04 |
| 04/14 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 82.07 |
| 04/14 | Card Purchase Racetrac459  0  5542 Boynton Beach FL 33424    4911 | 74.04 |

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

| ACCOUNT # | 0145667918 |
|-----------|------------|

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 26 |
| Page | 0 |
| | 3 of 3 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 04/25 |  | 500.00 | 04/24 | 1039 | 3.75 |
| 04/07 | 1032 * | 250.00 | 04/23 | 1040 | 162.60 |
| 04/07 | 1033 | 2,050.00 | 04/22 | 1041 | 585.31 |
| 04/07 | 1034 | 1,500.00 | 04/22 | 1042 | 1,302.00 |
| 04/24 | 1035 | 22,000.00 | 04/22 | 1043 | 792.46 |
| 04/08 | 1036 | 3,500.00 | 04/21 | 1073 * | 455.00 |
| 04/22 | 1037 | 1,714.11 | 04/28 | 1075 * | 36.46 |
| 04/16 | 1038 | 354.00 | | | |
| | | | | Total Checks | $35,205.69 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/03 | 204,793.66 | 04/14 | 259,293.42 | 04/24 | 1,129,123.54 |
| 04/04 | 104,721.53 | 04/16 | 1,258,357.88 | 04/25 | 137,996.10 |
| 04/07 | 100,541.36 | 04/17 | 1,256,611.35 | 04/28 | 137,690.86 |
| 04/08 | 89,531.36 | 04/18 | 1,256,516.37 | 04/29 | 537,618.00 |
| 04/09 | 589,257.55 | 04/21 | 1,255,921.29 | 04/30 | 537,545.94 |
| 04/10 | 588,806.87 | 04/22 | 1,151,527.41 | | |
| 04/11 | 559,763.21 | 04/23 | 1,151,177.54 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).**
**or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**

Posting Date: 2014-04-22, Debit/Credit: D, Amt: 792.46, Posting Acct: 145667918 - side 1



Posting Date: 2014-04-22, Debit/Credit: D, Amt: 792.46, Posting Acct: 145667918 - side 2

